Jared F. Kiess
BULLIVANT HOUSER BAILEY PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
jared.kiess@bullivant.com
Telephone: 206.292.8930
Facsimile: 206.386.5130

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY and THE OHIO CASUALTY INSURANCE COMPANY,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MVP HOLDINGS, LLC; LINDA MILLER, and BJORN JOHNSON CONSTRUCTION, LLC,<br><br>　　　　　　Defendants. | No.: 9:20-cv-00059-DWM<br><br>PLAINTIFFS WEST AMERICAN INSURANCE COMPANY'S AND THE OHIO CASUALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT |

Pursuant to Fed. R. Civ. P. 56, Plaintiffs West American Insurance Company ("West American") and The Ohio Casualty Insurance Company ("Ohio Casualty") (collectively, the "Carriers") respectfully move this Court for an order granting summary judgment in their favor as to Counts 1 and 2 of their Complaint for Declaratory Judgment (Dkt. 1). This motion is supported by the Carriers' Brief in Support of Motion for Summary Judgment filed concurrently with the present Motion.

WEST AMERICAN'S AND OHIO CASUALTY'S MOTION FOR SUMMARY JUDGMENT
NO. 9:20-CV-00059-DWM

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Counsel for the Carriers has contacted counsel for Defendants MVP Holdings, LLC ("MVP") and Linda Miller. MVP and Miller oppose the motion.

DATED: August 7, 2020

BULLIVANT HOUSER BAILEY PC

By */s/ Jared F. Kiess*
Jared F. Kiess

Attorney for Plaintiffs West American Insurance Company and The Ohio Casualty Insurance Company

4832-7662-6119.1

WEST AMERICAN'S AND OHIO CASUALTY'S MOTION FOR SUMMARY JUDGMENT
NO. 9:20-CV-00059-DWM

PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930