IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY and THE OHIO CASUALTY INSURANCE COMPANY,<br><br>     Plaintiffs,<br><br>vs.<br><br>MVP HOLDINGS, LLC, LINDA MILLER, and BJORN JOHNSON CONSTRUCTION, LLC,<br><br>     Defendants. | CV 20-59-M-DWM<br><br>JUDGMENT |

  This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs West American Insurance Company and The Ohio Casualty Insurance Company (the "Carriers") consistent with the Court's Order entered this date.

  In addition, the Carriers are awarded the costs and attorney fees incurred in defending the underlying action to-date.

  Dated this 19th day of November, 2020.

            TYLER P. GILMAN, CLERK
            By: /s/ Nicole Stephens
            Nicole Stephens, Deputy Clerk